AO 245D (Rev. 09/11) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>LOUIS CHRISTAL<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 3:99CR00024-001<br>USM Number:<br><br>Richard M. Upton, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**
- [✔] admitted guilt to violation of condition(s) of the term of supervision.
- [ ] was found in violation of condition(s) ___ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through  5  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

8/23/2012
Date of Imposition of Sentence

_Signature of Judicial Officer_

FRANK J. POLOZOLA, United States District Judge
Name & Title of Judicial Officer

8-23-12
Date

USA
NLT
Casebonne

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | On March 23, 2011, officers with the Baton Rouge Police Department observed Mr. Christal exit a green Pontiac car that was parked on the side of the roadway with loud music coming from it. The officer stopped his unit and then Mr. Christal entered the Pontiac and turned the music down. The officer observed the offender manipulating something in the center console area of the vehicle. The officer gave Mr. Christal verbal commands to exit the car and show his hands. Christal exited the vehicle and began to flee from the officer. Mr. Christal was issued a summons for loud music from a vehicle, drinking in a motor vehicle, possession of marijuana, and resisting an officer. Mr. Christal was charged in Baton Rouge City Court Docket Number II-CR-028557S. He entered a plea of guilty on August 19, 2011, to lesser charges of public drinking prohibited and nuisance to be abated. Mr. Christal was sentenced to pay a fine and court costs. | March 23, 2011 |
| 2 | On October 10, 2011, officers with the Baton Rouge Police Department were dispatched to 336 Mary Street, Baton Rouge, to investigate a report of damage to property. The complainant advised Mr. Christal went to her residence and used a wrench to break the front passenger window of her vehicle. The officer located the offender who admitted he broke the window. Mr. Christal was issued a summons for simple criminal damage to property and told not to return. Later in the morning the officer was again dispatched to the complaint's address because Christal returned. When the officer arrived at the complainant's address, Mr. Christal ran from the officer. The officer deployed his tazer and apprehended the offender. Mr. Christal removed his penis from his pants and began urinating on the street. The officer revoked the summons issued earlier and arrested Mr. Christal for simple criminal damage to property, entering and remaining after being forbidden, urinating in public and resisting an officer. Mr. Christal was charged in Baton Rouge City Court Docket Number 11-CR106994S. He entered a plea of guilty on December 9, 2011, to lesser charges of nuisance to be abated and attempted damage to property. Mr. Christal was sentenced to pay a fine and court costs. | October 10, 2011 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 13 months .

[✔]  The court makes the following recommendations to the Bureau of Prisons:
     The Court recommends the defendant be designated to a facility where he can receive mental health and medical treatment.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                              By    _____
                                                    Deputy U.S. Marshal

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ | $ 2,150.00 | $ |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C.§3664(i), all non-federal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[ ] Restitution amount ordered pursuant to plea agreement .......... $____

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the      [ ] fine      [ ] restitution.

    [ ] The interest requirement for the [ ] fine [ ] restitution is modified as follows:

---

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

# SCHEDULE OF PAYMENTS

Having accessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A [✔] Lump sum of $ 2,150.00 due immediately.

    [] not later than _, or
    [] in accordance     [] C, [] D, [] E, or [] F below; or

B [ ] Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C [ ] Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D [ ] Payment in equal _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ (e.g., months or years) to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E [] Payment during the term of supervised release will commence within _(e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F [ ] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

    [ ] Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    [ ] The defendant shall pay the cost of prosecution.

    [] The defendant shall pay the following court costs:

    [ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.